Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
ASHEVILLE, N.C.
Hand-Delivered JAN 31 2020
U.S. DISTRICT COURT
W. DIST. OF N.C.

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

Asheville Division

Melvin Richard Robinson III
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Brickton Village HOA / LM Property
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:20-cv-30
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☒ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Melvin Richard Robinson III
   Street Address: 181 Brickton Village
   City and County: Fletcher, Henderson County
   State and Zip Code: North Carolina 28732
   Telephone Number: 561-294-0623
   E-mail Address: RichardRobinson40@yahoo.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: ~~Brickton Village HOA (Lauren Koons)~~ LM Property
- Job or Title (if known): HOA Representative
- Street Address: PO Box 845
- City and County: Skyland, NC Buncombe County
- State and Zip Code: NC 28776
- Telephone Number:
- E-mail Address (if known): LKoons@gmail.com (unable to obtain all information)

Defendant No. 2
- Name: Brickton Village HOA (Lauren Koons)
- Job or Title (if known):
- Street Address:
- City and County: Fletcher (Henderson County)
- State and Zip Code: NC 28732
- Telephone Number:
- E-mail Address (if known): LKoons@gmail.com

Defendant No. 3
- Name: LM Property
- Job or Title (if known): PO Box 845
- Street Address:
- City and County: Skyland Buncombe
- State and Zip Code: NC 28776
- Telephone Number: 828-585-7451
- E-mail Address (if known): lisaparker1@outlook.com

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

      b.     If the defendant is a corporation

            The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

            Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Fair Housing Act
1. Failing to follow reasonable accomodation
2. Discrimination due to my injury/disability
3. Denying Access for Handicap accessible Parking.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

To relieve Rein and hold payments until accident settlement is reached & settled.
Comply w/ Fair Housing for accessibility.
Negotiate thru the appropriate processes for my accomodations.
Negotiate the terms of punitive damages.

Case 1:20-cv-00030-MR-WCM   Document 1   Filed 01/31/20   Page 3 of 4

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/31/20

Signature of Plaintiff: *[signed] Melvin Richard Robinson III*
Printed Name of Plaintiff: Melvin Richard Robinson III

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____