Melvin Richard Robinson III   Hand-Delivered

FILED
ASHEVILLE, N.C.
FEB 03 2020
U.S. DISTRICT COURT
W. DIST. OF N.C.

On Nov 14, 2018 I was hospitalized for 5 days due to a ruptured appendix. I was in bed for two more weeks after the injury due to its severity. During the 4-6 week recovery I was involved in a head on collision in Florida on Dec 16, 2018. A cargo van pulled into my lane and hit me head on. I'm currently going through medical treatment for Head, Back, Neck, arm and head injuries. I switched my medical treatment to NC in March 2019. The driver of the other car admitted fault and has a 500,000 policy.

During this time many people have worked with me. My HOA has been giving me a difficult time during this process. I've asked for reasonable accommodations multiple times. They have put me down, and discriminated against me. They have not engaged in the interactive process.

> The lien they have put on my house is not even the correct amount of $ 547 . they wrote the lien for $650

> I'm asking the courts help me settle my dispute to properly handle my reasonable accommodations under the fair housing act.

> Thank You



# Brickton Village Association, Inc.
## Customer Open Balance
### All Transactions

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| **181-303** | | | | | | |
| Invoice | 6/1/2019 | 17850 | | 6/1/2019 | 27.00 | 130.00 |
| Invoice | 7/1/2019 | 18043 | | 7/1/2019 | 130.00 | 130.00 |
| Invoice | 8/1/2019 | 18212 | | 8/1/2019 | 130.00 | 130.00 |
| Invoice | 9/1/2019 | 18364 | | 9/1/2019 | 130.00 | 130.00 |
| Invoice | 10/1/2019 | 18526 | | 10/1/2019 | 130.00 | 130.00 |
| Total 181-303 | | | | | 547.00 | 650.00 |
| **TOTAL** | | | | | 547.00 | 650.00 |

# allen stahl+ kilbourne

**CHARLES "ED" FLOWERS**
*Attorney at Law*
eflowers@asklawnc.com
828-412-4023

Dorinda Watford, Paralegal
dwatford@asklawnc.com
828-412-4030

November 13, 2019

Melvin Richard Robinson, III
Brickton Village Circle, Unit
Fletcher, NC 28732

Dear Mr. Robinson:

Our firm represents Brickton Village. Enclosed please find a copy of the Claim of Lien which will be filed against your property on behalf of the Association. The Claim of Lien is for unpaid assessments and interest in the amount of $650.00, as of October 1, 2019.

In addition to the above-mentioned amount, you are also responsible for assessments and interest continuing to accrue, attorney's fees and costs regarding this collection.

Should you have any questions, please contact me at 828-412-4030.

Sincerely,

*Dorinda Watford*
Dorinda Watford
Paralegal

cc: Brickton Village

"This communication is from a debt collector and is sent for the purpose of collecting a debt. Any information obtained will be used for that purpose."

Town Mountain Road
Suite, 100
Asheville, NC 28801

## Description of Claim

Unpaid assessments and fees in the amount of $650.00 as of October 1, 2019, plus assessments continuing to accrue hereafter, attorney's fees, interest at the maximum limit provided by law from the date of delinquency and all costs of collection as required by the Declaration of Condominium for Brickton Village. These assessments have remained unpaid for a period of 30 days or longer. These assessments are made by the Association and constitute a lien pursuant to the Declaration of Condominium for Brickton Village recorded in Deed Book 1344, Page 515, Henderson County, North Carolina Registry, as amended and in accordance with §47-F-3-116 of the North Carolina Planned Community Act (NCGS§§47-F-1-101 *et seq*).

This the 12th day of November, 2019.

**ALLEN STAHL & KILBOURNE, P.A.**

Charles E. Flowers, III
N.C. Bar No.: 23393
Attorney for Plaintiff
20 Town Mountain Road, Suite 100
Asheville, NC 28801
(828) 254-4778

3