IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 30 MR WCM

| | | |
|---|---|---|
| MELVIN RICHARD ROBINSON, III | ) | |
| Plaintiff, | ) ) ) | ORDER |
| v. | ) ) | |
| BRICKTON VILLAGE HOA and LM PROPERTY, | ) ) ) | |
| Defendants. | ) ) | |

This matter is before the Court on *pro se* Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (the "Application," Doc. 2).

Upon review of the Application, it appears that Plaintiff has limited income and assets and is entitled to proceed *in forma pauperis* in this case.

Accordingly, the Court **GRANTS** Plaintiff's Application (Doc. 2) and permits Plaintiff to proceed without prepayment of the filing fee or giving security therefore.

The Court further **DIRECTS** that:

1. Plaintiff shall prepare summonses for all <u>named</u> Defendants and submit those summonses to the Clerk within fourteen (14) days of the entry of this Order;

2. Upon receipt of the summonses, the Clerk shall deliver process to the United States Marshal for service[1]; and

3. The United States Marshal shall serve process upon the named Defendants at the expense of the United States Government.

4. Notwithstanding service of process by the United States Marshal as directed herein, Plaintiff remains responsible for making sure that service is effected properly pursuant to the Rules of Civil Procedure.

It is so ordered.

Signed: February 7, 2020

W. Carleton Metcalf
United States Magistrate Judge

---

[1] Plaintiff has filed Exhibits to his Complaint which include proposed summonses for Brickton Village HOA and LM Property. Doc. 3-1, pp. 1-4. However, Plaintiff's exhibits also include proposed summonses for the United States Attorney for this district and the Attorney General of the United States. Plaintiff is advised that this Order authorizes the issuance and service of summonses only for the named Defendants and that if he believes the issuance of process for the United States Attorney and the Attorney General is appropriate, he should file a written motion explaining why such process is necessary and citing any applicable authorities supporting such a request.