# Non-Profit Corporation

**Legal Name**

Brickton Village Association, Inc.

**Prev Legal Name**

Brickton Village Condominium Association, Inc.

# Information

**SosId:** 1014572

**Status:** Current-Active

**Date Formed:** 11/30/2007

**Citizenship:** Domestic

**Annual Report Due Date:**

Current **Annual Report Status:**

**Registered Agent:** Hubbard, Roderick J.

# Addresses

**Mailing**

1200 Ridgefield Blvd. Suite 160

Asheville,  NC  28806

**Principal Office**

1200 Ridgefield Blvd. Suite 160

Asheville,  NC  28806

**Reg Office**

1200 Ridgefield Blvd. Suite 160

Asheville,  NC  28806

**Reg Mailing**

1200 Ridgefield Blvd. Suite 160

Asheville,  NC  28806