• File an Annual Report/Amend an Annual Report • Upload a PDF Filing • Order a Document Online • Add Entity to My Email Notification List • View Filings • Print a Pre-Populated Annual Report form • Print an Amended a Annual Report form

# Business Corporation

## Legal Name

LM Property Management Inc.

# Information

**SosId:** 1009770

**Status:** Current-Active

**Date Formed:** 10/30/2007

**Citizenship:** Domestic

**Fiscal Month:** December

**Annual Report Due Date:** April 15th

Current**Annual Report Status:**

**Registered Agent:** Mathews, Lisa

# Addresses

### Mailing

40 spring hill circle
Arden, NC 28704-2802

### Principal Office

40 spring hill circle
Arden, NC 28704-2802

**Reg Office**
40 spring hill circle
Arden, NC 28704-2802

**Reg Mailing**
40 spring hill circle
Arden, NC 28704-2802

# Officers

### President
Lisa Parker
7 Azalea Court
Arden NC 28704

# Stock

**Class:** Common
**Shares:** 25000
**No Par Value:** Yes