# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

## Asheville Division

## Civil Action No. 1:20-cv-00030-MR-WCM

Melvin Richard Robinson III

V

BRICKTON VILLAGE

ASSOCIATION, INC and

PROPERTY

Plaintiff's memorandum to the defendants'
recommendations for the magistrate judge

This matter before the court on the Plaintiffs motion for an attorney. I'm recovering from a car accident with head, neck and concussion syndrome. I'm having trouble with the process of the Federal Court System. I don't own a working computer and the libraries have limited time available during Covid-19.

## STATEMENT OF CASE

Due to Covid-19 and my concussion syndrome I'm struggling to put all the evidence together and am asking for an attorney.

## STATEMENT OF FACTS

The property manager Lisa and the lave firm are being deceitful and telling the judge untruths to get this case dismissed while taking advantage of my injuries.

They have denied my medical information for months (EXP. B) I've been trying to give them my handicap placard and medical information. He is being dishonest and telling the court she didn't know I was injured. I was injured and Lisa denied my medical information and now claiming I didn't give her my medical records.

The Lien for $547 was fraudulent because they charged $650. That's 20 percent increase on top of another $1,000 dollars to remove the fraudulent lien. That's over 300 percent of a fraudulent lien.

# ARGUMENT

The claims are true and I'm asking for the noncompliant handicap parking space to be fixed and the snow and ice removed during the winter.

The car accident wasn't my fault. I would like the court to not let this law firm foreclose on my home while I'm in a car accident litigation processstruggling with the process due to my head injury and Covid19 lockdowns with library time.

Ex. B shows me sending an email of a handicap placard. I have more emails showing me trying to give them my medical information. Now they are claiming I didn't give them any medical information.

Second, keeping a handicap parking spot clear of dirt, snow and ice is a Federal requirement. Keeping a compliant handicap parking space is a reasonable accommodation under federal Law.

A non-compliant handicap parking spot after the parking lot has been repaved is a FEDERAL VIOLATION.

# PLANTIFFS RECOMMENDATIONS

I'm struggling with a head injury and the lawyer and lisa are trying to take advantage of that. I was instructed to send the summons to the attorneys. (Ex. A). I recommend the Judge appoint me an attorney and we continue this case.

# FACTS

Ice and snow are required to be removed from the handicap parking spot. (Ex. B) and other emails contained in this packet

show me trying to give them my medical information. They have repeatedly denied my medical information and now lisa and the HOA are claiming they didn't know I was injured.

Denying access to a handicap parking spot is mentioned in the original claim. You are not allowed to have an obstruction in a handicap parking spot under law.

I stated in the very first claim they have denied me access to a handicap parking spot. I can date and time the photos and have more to show but I'm limited due to my concussion syndrome and the libraries limited hours due to covid 19 restrictions.

# PLEAD SUFFCIENT

Ex. B, I've tried to give them my medical information but they refused. Now, Lisa and The HOA are being dishonest to get this case dismissed. The law firm is telling you they didn't know I was injured when the evidence shows I've been trying to give it to them over and over. DENYING ACCES TO A HANDICAP PARKING SPOT IS DISABILITY DISCRIMANTION. PUTTING A FRAUDULENT LIEN AND CHARGING OVER 300 PERCENT IS DISCRIMINATION WHEN SOMEONE IS GOING THROUGH A PERIOD OF DISABILITY.

I can provide more details with an appointed attorney but currently I'm struggling with concussion syndrome. Lisa gave me instructions to send the summons to the attorney and they are being dishonest about that.

Holding foreclosure because a disability caused me to be in this financial situation is considered a reasonable accommodation when someone else is liable for your disability.

Under Federal Law a handicap parking space must be compliant with sand, ice, snow or any obstruction removed as soon as possible. The pictures can be dated and timed with the assistance of an attorney.

# CONCLUSION

The court should appoint me an attorney under Constitutional Law due to my injuries and financial situation. They are providing the court with misinformation and taking advantage of my injuries.

**THIS** The  19th day of October 2020

## MELVIN RICHARD ROBINSON III

181 Brickton Village Cir Apt 303

Fletcher NC 28732

RichardRobinson40@yahoo.com

561-294-0623

# CERTIFICATE OF SERVICE

I hereby certified that on October 19th 2020. I certified mailed and filed a copy with the Clerk of Courts and sent a copy to James W. Kilbourne Jr. also by certified mail. UNITED STATES POST OFFICE.

James w. Kilbourne

20 Town Mountain Rd

Asheville NC 28801

This the          day of October 2020

M. Richard Robinson