Exp. A

I was instructed to send emails to attorney



Now, they are trying to get the case thrown out because I sent the Summons to attorney