

15 more messages

Volume

(R R) me
To Lauren Koons
Nov 20, 2019 at 9:51 AM

📎 1 attachment

The best thing for everyone would be to grant me a hold on my payments until the lawsuit is finished. I will pay in full when finished.

If you do that I will make sure the handicap parking spot is clear. So, we don't get in trouble.

That is my handicap parking sticker

> Show original message

1574261353... .jpg
1 6MB

Back    Home    Recent Apps    ...

🗑    ↑    ➡    ↩    More
Delete    Move to    Forward    Reply

I sent Picture of handicap placard

Ice and water puddle
in the handicap parking spot



Yahoo Mail
https://mail.yahoo.com

Send

From: richardrobinson40@yahoo.com

To: Lauren

Re: Ice warning

Robinson

Why is their a puddle of water in the handicap parking
spot ?Its been over 24 hours and the parking lot was
just repaved?

Thank You

On Friday, January 24, 2020, 9:31:07 PM EST, Richard
Robinson <richardrobinson40@yahoo.com> wrote:

after the road is clear

I can provide times and dates off
all these incidents.







A Non-Compliant Handicap
Parking spot is a Federal issue



Robinson Would you be able to make a
reasonable accomadation 👍 Could you send

Lauren
To Richard Robinson
Jan 24 at 6:09 PM

Mr. Robinson,
It is winter so the chance of icing will
exist everyday . However, according to
the current weather report the
temperature will not drop to freezing
tonight.
Lauren Koons

> Show original message

Refusing to clear the
ice in a handicap parting spot



















































10 Day Weather - Fletcher, NC

River Flood Advisory >

Tonight        --/32°                    10%

32°

Partly cloudy skies. Areas of patchy fog.
Low 32F. Winds NNW at 10 to 15 mph.

| Wind | | Chance of Precip | |
| NNW 10 mph | | 10% | |
| Humidity | | UV Index | |
| 88% | | 0 of 10 | |
| Moonrise | | Moonset | |
| 7:33 am | | 5:40 pm | |

Today    Hourly    10 Day    Radar    Video







<u>Description of Claim</u>

Unpaid assessments and fees in the amount of $650.00 as of October 1, 2019, plus assessments continuing to accrue hereafter, attorney's fees, interest at the maximum limit provided by law from the date of delinquency and all costs of collection as required by the Declaration of Condominium for Brickton Village. These assessments have remained unpaid for a period of 30 days or longer. These assessments are made by the Association and constitute a lien pursuant to the Declaration of Condominium for Brickton Village recorded in Deed Book 1344, Page 515, Henderson County, North Carolina Registry, as amended and in accordance with §47-F-3-116 of the North Carolina Planned Community Act (NCGS§§47-F-1-101 et seq).

This the 12th day of November, 2019.

ALLEN STAHL & KILBOURNE, P.A.



Published on *Henderson County North Carolina* (https://www.hendersoncountync.gov)

## Local Soil Erosion and Sedimentation Control Program (Henderson County)

The Henderson County Erosion Control Local Program is led by Rick Brooks.

**Essential Departmental Functions:**

We provide services for the Local Erosion Control Program for Henderson County Unincorporated areas. Staff reviews the development plans for proposed projects, inspects current projects under development, and investigates complaints regarding current land disturbing activities within these jurisdictions.

The Erosion Control Administrator is a voting member on the Technical Review Committee.

## Staff



if you would like to
contact them and get
involved to then my all
means please do

9:05 AM

I would do that actually
if it works

9:09 AM

Would you like Hen-
derson county erosion
controls number?

9:29 AM

Yes

Type message



Each day is a fine according to the law

9:07 AM

Not to us

9:08 AM

I have called the property people to handle it with Henderson county

9:08 AM

It's dirt and sediment

9:08 AM

It came from above and they Arw

Type message



If you would like to contact them and get involved to then my all means please do

9:09 AM

I would do that actually if it works

9:09 AM

Would you like Henderson county erosion controls number?

9:09 AM

Yes

Type message



Yahoo Mail
https://mail.yahoo.com

Send

From: richardrobinson40@yahoo.com

To: lisamparker1@outlook.com

Ice hazard

Robinson

Good afternoon, Im making a reasonable request. 👍 Could you put out a neighborhood email today that explains the ice hazard. Tonights conditions can potentially cause ice in the Handicap parking spot. #SafetyFirst 👍 We dont want anyone to slip in the morning.

Thank You



Yahoo Mail
https://mail.yahoo.com

From: richardrobinson40@yahoo.com

To: ∨   Lauren

Ice warning

Robinson

Would you be able to make a reasonable accomadation 👍 Could you send an email to the residents warning them of the ice danger in the Handicap parking spot in the morning.

Robinson

On Friday, January 24, 2020, 4:30:57 AM EST, Richard Robinson <richardrobinson40@yahoo.com> wrote:

Robinson: Please send all the information from your the Handicap parking investigation.

I am requesting a copy of your plans,



grant me a hold on my payments with t...

**LK** Lauren Koons

To Richard Robinson

Nov 21 at 2:44 PM

Mr Robinson,
Handicap parking is available and
accessible at every building on a first
come fi reserve basis. In regards to your
dues, we not take any information or
legal documentation from Facebook. If
you would like to forward me the
information you have my email. I will
then discuss it with the board and the
attorney.
Lauren

🗑 Delete    📤 Move to    ➡ Forward    ↩ Reply    ⋯ More



Property Management company

me
To Lisa Mathews
Dec 21 at 6.52 PM

I hope your having a wonderful Holiday. I was wondering who the property management company is. Plus, the full name of the employee who insulted me over the parking spot. Im also looking for a written response. Whyy the board fells my complaint over the handicap spot has still mot beem addressed.

Thank you
Robinson

Delete    Move to    Forward    Reply    More



Lisa Mathews
To Richard Robinson
Dec 23 at 5:59 AM

The property manager is LM Property
Management and Lisa Parker is the owner.
What wasn't addressed? You will be added to
the next board meeting.

> Show original message

me
To Lisa Mathews
Dec 23 at 6:16 AM



RR me
To Lisa Mathews
Dec 23 at 6:16 AM

I hope your having a wonderful morning.

A while back I was insulted over my concern over a handicap parking spot. According to the law. Im allowed to make a simple request. After, my request my injuries we're mocked and I was questioned why would I bring a person with a wheelchair back to my house. Then I was accused of harassment.

The HOA Board and the Property Management company have not addressed this issue. I have not even been asked to make a statement.

Thank you
Robinson



Yahoo Mail
https://mail.yahoo.com

Send

From: richardrobinson40@yahoo.com

To: ∨ Lauren

Re: Ice warning

Robinson

Why is their a puddle of water in the handicap parking spot ?Its been over 24 hours and the parking lot was just repaved?

Thank You

On Friday, January 24, 2020, 9:31:07 PM EST, Richard Robinson <richardrobinson40@yahoo.com> wrote:

Feb 3 at 12:12 PM

Mr Robinson,

I am unaware of why I personally would be involved with a preliminary injunction, but thank you for informing me. Any legal issues will need to be discussed with our property management company or the attorney.

As for the emails you request I send out, I do not have the contact information for everyone in our community, that is a property management concern.

The amount you currently owe in back HOA dues is not something I have information about either. This is a property management concern and if it has to do with the legal aspects of that it

| Delete | Move to | Forward | Reply | More |
|---|---|---|---|---|



Yahoo Mail
https://mail.yahoo.com

Lisa Mathews
To Richard Robinson
Feb 3 at 2:13 PM

Mr. Robinson,
Any questions regarding the lien that was placed on your condo in regards to the HOA dues can be directed to the association attorney. You have been in contact with them so I'm assuming you still have their contact info. If you need any more additional information in regards to the financials, the owners of Brickton village or any other items then you can direct those to me. You have my email address.
Lisa

Sent from my iPhone

Delete    Move to    Forward    Reply    More



X — Yahoo Mail
new.ktmit.yahoo.com

Send

X

From richardrobinson40@yahoo.com

To: lkoons@gmail.com

Another ice hazard in handicap parking

Robinson

Could you put out an ice hazard alert👆 For the handicap parking space and other residents.

Close to the cardboard recycling ▪ water is flowing into the access point. The water is causing a major ice hazard, Currently|

Please forward to maintance#✋

Thank you

To: ˅ Lauren

Re: Ice warning

Robinson

I hope your having a wonderful night. I'm starting to get things back together. Hopefully 🤞 In the next three months I will be able to pay my dues again. These two episodes have been challenging.

Reasonable accommodation: I'm having issues filling out legal paper, plus will struggle with the way your HOA bill pay system is set up. Istead of mailing a money order/check to a P.O Box

Would you be able to set up a debt bassed system. So, I can pay from my bank account. I'm struggling to keep up with paper work. I'm trying to store my information on computer.

Thank You

Yahoo Mail
https://mail.yahoo.com

Send

To: ∨ Lauren

Re: Ice warning

Robinson

Can you please get my statements right. The conditions are for possible ice. I asked for a loan modification 👍 Not a refinance. Puddles and ice are not supposed to be in the Handicap park spot hours after it rains. That's a civil right violation

OULD YOU PLEASE PROVIDE ME WITH AN OFFICIAL WRITTEN RESPONSE ON WHY YOU DENIED MY REQUEST.

Thank you

Plea

On Friday, January 24, 2020, 6:09:14 PM EST, Lauren <lkoons@gmail.com> wrote:



To    (R)   Richard Robinson richardrobi...

Jan 22 at 4:29 PM

Hello,
The Board did seek legal guidance and they
are not willing to subordinate the lien in order
for you to refinace/restructure. You can
however pay the balance due in the refinance
and that would remove the lien.

> Show original message



+1 828-585-7451

I understand you're angry and you would like to get back at the board but they are not involved when it comes to maintenance it's just me

9:12 AM

Please send an email with your concerns and I will forward it to the board thank you

9:12 AM

I didn't see a handicap sticker on either one of your cars so now you are legally handicapped?

9:12 AM

Type message



This isn't really dog friendly

Considering that you live on the third floor and you're bringing a gentleman in a wheelchair to a different building makes me a little confused.



Considering that you live on the third floor and you're bringing a gentle-man in a wheelchair to a different building makes me a little confused.

9:23 AM

Again I will not except any more text messages with you harassing me on this line Mr. Robinson please send all messages to the email I provided now have a good day

9:23 AM

Type message



I understand you're angry and you would like to get back at the board but they are not involved when it comes to maintenance it's just me

9:12 AM

Please send an email with your concerns and I will forward it to the board thank you

9:12 AM

I didn't see a handicap sticker on either one of your cars so now you are legally handicapped?

Type message





Yahoo Mail
https://mail.yahoo.com

Send

From: richardrobinson40@yahoo.com

To: lkoons@gmail.com

Wrong billing

Robinson

The amount owed and what the lien is claiming are not correct.

Thank U

158074188240828115...jpg    158074190104614331...jpg
                            4MB

## CERTIFICATE OF SERVICE

Pursuant to N.C.G.S. 47C-3-116(c), service has been attempted in accordance with G.S. 1A-1, Rule 4(j)(1)(c) by depositing the claim of lien document in a official depository of the United States Postal Service, postage prepaid and properly addressed, Certified Mail, Return Receipt Requested and by mailing a true and correct copy of the foregoing document to **Melvin Richard Robinson, III**, by regular, first class mail, postage prepaid to the physical address of the lot in question and to the lot owners address of record with the Association.

The below signature further certifies that reasonable and diligent efforts to ensure that it's records contain the lot or unit owner's current mailing address before filing a Claim of Lien for levied assessments. The below signature shall also certify that at least 15 days prior to filing a Claim of Lien, a statement of charges was sent to **Melvin Richard Robinson, III,** by first class mail to the physical address of the unit or lot owners and the owner's address in the records of the Association, if different, further a statement of charges has been sent to the address shown for the owner in the county tax records, if different. If the owner is a corporation, the statement has also been sent to the mailing address of the registered agent.

This the _13th_ day of November, 2019.

Sent via First Class Mail and Certified Mail, Return Receipt Requested to:

Melvin Richard Robinson, III
181 Brickton Village Circle, Unit 303
Fletcher, NC 28723

3

Federal law gives you thirty (30) days after you receive this letter to dispute the validity of the debt or any part of it. If you do not dispute the debt within that period, we will assume that it is valid. If you do dispute the debt, by notifying us to that effect, we will, as required by the law, obtain and mail to you proof of the debt. And if, within the same period, you request the name and address of your original creditor, if the original creditor is different from the current creditor **Brickton Village Association, Inc.**, we will furnish you with that information too.

The law does not require us to wait until the end of the thirty-day period before suing you to collect this debt. If, however, you request proof of the debt or the name and address of the original creditor within the thirty-day period that begins with your receipt of this letter, the law requires me to suspend our efforts (through litigation or otherwise) to collect the debt until we mail the requested information to you.

Should you have any questions, please contact my paralegal, Dorinda Watford, at 828-412-4030.

Sincerely,

*Charles E. Flowers, III*

Charles E. Flowers, III

cc: Brickton Village Association, Inc.
Encl.: As Stated

**NOTICE:** We will assume this debt is valid unless you dispute the validity of all or part of the debt within 30 days of receipt of this letter. If you notify us that you dispute all or a portion of this debt, we will get and send you verification of this debt. We may proceed with collection against you without waiting the 30 days, if so requested by our client. This letter is an attempt to collect a debt and any information obtained will be used for that purpose.

Federal law gives you thirty (30) days after you receive this letter to dispute the validity of the debt or any part of it. If you do not dispute the debt within that period, we will assume that it is valid. If you do dispute the debt, by notifying us to that effect, we will, as required by the law, obtain and mail to you proof of the debt. And if, within the same period, you request the name and address of your original creditor, if the original creditor is different from the current creditor **Brickton Village Association, Inc.**, we will furnish you with that information too.

The law does not require us to wait until the end of the thirty-day period before suing you to collect this debt. If, however, you request proof of the debt or the name and address of the original creditor within the thirty-day period that begins with your receipt of this letter, the law requires me to suspend our efforts (through litigation or otherwise) to collect the debt until we mail the requested information to you.

Should you have any questions, please contact my paralegal, Dorinda Watford, at 828-412-4030.

Sincerely,

Charles E. Flowers, III

cc: Brickton Village Association, Inc.
Encl.: As Stated

**NOTICE: We will assume this debt is valid unless you dispute the validity of all or part of the debt within 30 days of receipt of this letter. If you notify us that you dispute all or a portion of this debt, we will get and send you verification of this debt. We may proceed with collection against you without waiting the 30 days, if so requested by our client. This letter is an attempt to collect a debt and any information obtained will be used for that purpose.**

Description of Claim

Unpaid assessments and fees in the amount of $650.00 as of October 1, 2019, plus assessments continuing to accrue hereafter, attorney's fees, interest at the maximum limit provided by law from the date of delinquency and all costs of collection as required by the Declaration of Condominium for Brickton Village. These assessments have remained unpaid for a period of 30 days or longer. These assessments are made by the Association and constitute a lien pursuant to the Declaration of Condominium for Brickton Village recorded in Deed Book 1344, Page 515, Henderson County, North Carolina Registry, as amended and in accordance with §47-F-3-116 of the North Carolina Planned Community Act (NCGS§§47-F-1-101 *et seq*).

This the 12th day of November, 2019.

**ALLEN STAHL & KILBOURNE, P.A.**

Charles E. Flowers, III
N.C. Bar No.: 23393
Attorney for Plaintiff
20 Town Mountain Road, Suite 100
Asheville, NC 28801
(828) 254-4778

3

# allen
# stahl+
# kilbourne

CHARLES "ED" FLOWERS
*Attorney at Law*
eflowers@asklawnc.com
828-412-4023

Dorinda Watford, Paralegal
dwatford@asklawnc.com
828-412-4030

November 13, 2019

Melvin Richard Robinson, III
~~███~~Brickton Village Circle, Unit ~~███~~
Fletcher, NC 28732

Dear Mr. Robinson:

Our firm represents Brickton Village. Enclosed please find a copy of the Claim of Lien which will be filed against your property on behalf of the Association. The Claim of Lien is for unpaid assessments and interest in the amount of $650.00, as of October 1, 2019.

In addition to the above-mentioned amount, you are also responsible for assessments and interest continuing to accrue, attorney's fees and costs regarding this collection.

Should you have any questions, please contact me at 828-412-4030.

Sincerely,

*Dorinda Watford*

Dorinda Watford
Paralegal

cc: Brickton Village

"This communication is from a debt collector and is sent for the purpose of collecting a debt. Any information obtained will be used for that purpose."

20 Town Mountain Road
Suite 100
Asheville, NC 28801

## Description of Claim

Unpaid assessments and fees in the amount of $650.00 as of October 1, 2019, plus assessments continuing to accrue hereafter, attorney's fees, interest at the maximum limit provided by law from the date of delinquency and all costs of collection as required by the Declaration of Condominium for Brickton Village. These assessments have remained unpaid for a period of 30 days or longer. These assessments are made by the Association and constitute a lien pursuant to the Declaration of Condominium for Brickton Village recorded in Deed Book 1344, Page 515, Henderson County, North Carolina Registry, as amended and in accordance with §47-F-3-116 of the North Carolina Planned Community Act (NCGS§§47-F-1-101 *et seq*).

This the 12th day of November, 2019.

**ALLEN STAHL & KILBOURNE, P.A.**

Charles E. Flowers, III
N.C. Bar No.: 23393
Attorney for Plaintiff
20 Town Mountain Road, Suite 100
Asheville, NC 28801
(828) 254-4778

2

STATE OF NORTH CAROLINA
COUNTY OF HENDERSON

19 UN 384

COPY

FILED

2019 NOV 18 A 10: 22

.C

## CLAIM OF LIEN

North Carolina Condominium Act

**"THIS DOCUMENT CONSTITUTES A LIEN AGAINST YOUR PROPERTY, AND IF THE LIEN IS NOT PAID, THE HOMEOWNERS ASSOCIATION MAY PROCEED WITH FORECLOSURE AGAINST YOUR PROPERTY IN LIKE MANNER AS A MORTGAGE UNDER NORTH CAROLINA LAW."**

### Claimant

The Claimant is Brickton Village Association, Inc., an association consisting of the unit owners of Brickton Village whose address is c/o Allen Stahl & Kilbourne, P.A., 20 Town Mountain Road, Suite 100, Asheville, NC 28801.

### Owner

The owner of the real property subject to the lien and who is obligated to pay common expense homeowner association assessments and all related charges is:

Melvin Richard Robinson, III
181 Brickton Village Circle, Unit 303
Fletcher, NC 28732

### Property

The property on which lien is claimed is Unit 303, Building 2, Brickton Village Condominium, Henderson County, North Carolina, commonly known as 181 Brickton Village Circle, Unit 303, as shown on a plat recorded in the Office of the Register of Deeds for Henderson County, North Carolina in Plat Slide A 454-A-J, and being that property described in that deed recorded in Deed Book 1674, Page 351, Registry of Deeds, Henderson County, North Carolina.

1

*Melvin Richard Robinson, III*

1:54 PM

10/11/19

Accrual Basis

## Brickton Village Association, Inc.
## Customer Open Balance
### All Transactions

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|------|------|-----|------|----------|--------------|--------|
| **181-303** | | | | | | |
| Invoice | 6/1/2019 | 17850 | | 6/1/2019 | 27.00 | 130.00 |
| Invoice | 7/1/2019 | 18043 | | 7/1/2019 | 130.00 | 130.00 |
| Invoice | 8/1/2019 | 18212 | | 8/1/2019 | 130.00 | 130.00 |
| Invoice | 9/1/2019 | 18364 | | 9/1/2019 | 130.00 | 130.00 |
| Invoice | 10/1/2019 | 18526 | | 10/1/2019 | 130.00 | 130.00 |
| Total 181-303 | | | | | 547.00 | 650.00 |
| **TOTAL** | | | | | 547.00 | 650.00 |

Page 1

COPY

STATE OF NORTH CAROLINA                    19 M 384
COUNTY OF HENDERSON

FEB 12 2020
HENDERSON COUNTY, C.S.C.
BY
FILED

<u>RELEASE OF CLAIM OF LIEN</u>

THE UNDERSIGNED AFFIES as follows:

1. I am a citizen of North Carolina and over the age of 21 years.

2. I am an attorney with Allen Stahl & Kilbourne, PLLC, located at 20 Town Mountain Road, Suite 100, Asheville, North Carolina 28801, who represents Brickton Village Association, Inc.

3. The Claim of Lien filed in the Henderson County Clerk of Court's Office against Melvin Richard Robinson, III, whose address is 181 Brickton Village Circle, Unit 303, Fletcher, NC 28732, is being released. A copy of the claim of lien as filed is attached (19 M 384).

4. This affidavit is a request to the clerk of court to mark said claim of lien "Released" in the record book and to release said claim of lien.

This the 5th day of February, 2020.

**ALLEN STAHL & KILBOURNE, PLLC**

Charles Edward Flowers, III
N.C. Bar No.: 23393
Attorney for Claimant
20 Town Mountain Road, Suite 100
Asheville, NC  28801
828-412-4023

State of North Carolina
County of Buncombe

Subscribed and sworn to before me
this 5th day of February, 2020.

(Seal)

Dorinda Watford
Notary Public

My Commission Expires: 12-11-21

DORINDA WATFORD
NOTARY PUBLIC
HENDERSON COUNTY, NC
My Commission Expires 12-11-2021