PRESS FIRMLY TO SEAL    PRESS FIRMLY TO SEAL

PM 1-Day
FLETCHER, NC
28732
OCT 19, 20
AMOUNT
$7.75
1006   28801
R2304M116312-04

UNITED STATES POSTAL SERVICE

# POSTAL SERVICE

FROM:
Melvin Richard Robinson
181 Brickton Village
Cir Apt 303
Fletcher, NC
28732

RECEIVED
ASHEVILLE, NC
OCT 20 2020
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

# PRIORITY MAIL

EXPECTED DELIVERY DAY: 10/20/20
USPS TRACKING® NUMBER

9505 5158 4708 0293 4968 46

* Date of
* USPS T
  internati
* Limited
* Pick up
* Order s
* When used internationally, a customs declaration label may be required.
* Domestic only

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

TO:
Clerk of Courts
100 Otis, Asheville
NC 28801

PS00001000014
EP14F Oct 2018
OD: 12 1/2 x 9 1/2

* Domestic only.   * For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.