# United States District Court
## Western District of North Carolina
## Asheville Division

|  |  |  |
|---|---|---|
| MELVIN RICHARD ROBINSON III, | ) | JUDGMENT IN CASE |
|  | ) |  |
| Plaintiff, | ) | 1:20-cv-00030-MR-WCM |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| BRICKTON VILLAGE | ) |  |
| ASSOCIATION, INC., and | ) |  |
| LM PROPERTY, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 30, 2020 Order.

December 30, 2020

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court