IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:20-cv-00030-MR-WCM

| | |
|---|---|
| MELVIN RICHARD ROBINSON, III, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ) <br> BRICKTON VILLAGE ASSOCIATION, ) <br> INC., and LM PROPERTY, ) <br> ) <br> Defendants. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the *pro se* Plaintiff's filings [Docs. 48, 50], which the Court construes as motions for miscellaneous relief.

The Court entered an Order on December 30, 2020, dismissing this action. [Doc. 22]. A Judgment was entered that same day. [Doc. 23]. Thereafter, the *pro se* Plaintiff filed several post-judgment motions, including two Motions to Amend the Complaint [Docs. 24, 32] and two Motions for "TRO/Injunctive Relief" [Docs. 44, 47]. On July 26, 2021, the Court denied the Plaintiff's post-judgment motions. [Doc. 49]. That same day, the Court received a filing from the Plaintiff, which appears to seek the removal of a lien from his home. [Doc. 48]. On July 30, 2021, the Plaintiff submitted a letter asserting additional allegations in support of his (dismissed) claims.

[Doc. 50]. On August 2, 2021, the Plaintiff filed a Notice of Appeal of the Order denying his post-judgment motions. [Doc. 51]. That appeal remains pending.

Generally speaking, the filing of a notice of appeal divests the district court of jurisdiction over a case. See United States v. Wooden, 230 F. App'x 243, 244 (4th Cir. 2007) (per curiam). "The filing of a notice of appeal is an event of jurisdictional significance – it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58 (1982) (per curiam). As such, this Court lacks jurisdiction to entertain the Plaintiff's filings.

**IT IS, THEREFORE, ORDERED** that the *pro se* Plaintiff's motions for miscellaneous relief [Docs, 48, 50] are **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.** Signed: August 4, 2021

Martin Reidinger
Chief United States District Judge